# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1349**

**KA 10-01047**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

SHANTEL L. RUSH, DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (PHILIP ROTHSCHILD OF COUNSEL), FOR DEFENDANT-APPELLANT.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JAMES P. MAXWELL OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered March 3, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant and the attorneys for the parties on December 2, 2013,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  December 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court